**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


JUAN JOSE GARCIA GARAY,

     Petitioner,

v.                                    No. 26-cv-1454-MIS-LF

WARDEN, Otero County Processing Center,
MARY DE ANDA-YBARRA, Field Office
Director of Enforcement and Removal
Operations, El Paso Field Office,
Immigration and Customs Enforcement;
Acting Director of Immigration and Customs
Enforcement; MARKWAYNE MULLIN,
Secretary, U.S. Department of Homeland
Security; and U.S. Attorney General,

     Respondents.[1]


**ORDER GRANTING IN FORMA PAUPERIS
RELIEF AND DIRECTING AMENDMENT**

     This matter is before the Court on Petitioner's *pro se* Application to Proceed *In Forma Pauperis* (ECF 1) (Application). The Application—which is currently the only pleading in this case—states Petitioner is an immigration detainee and cannot afford to pay the filing fee. The Court will grant the Application and require Petitioner to file a 28 U.S.C. § 2241 petition within twenty-one (21) days of entry of this Order. The petition should include details about what process (bond hearings, removal hearings, etc.) Petitioner has received so far; whether/when the Immigration Court entered a removal order or denied bond; the reason for any denial of bond; and the status of any immigration appeals. Petitioner may find it helpful to attach any orders from the

---

[1] The Court will substitute the above-mentioned parties as Respondents in this case. *See Torres-Torres v. Miller,* 2020 WL 4430519 (D.N.M. July 31, 2020) (discussing the party respondents in an immigration habeas case); *Lowmaster v. Dir., Bureau of Prisons*, 2024 WL 5135970, at *1 (D. Kan. Dec. 17, 2024) ("the Court notes that it routinely substitutes the" proper parties as "respondent in habeas cases").

immigration court, but documentary evidence is not required at this stage.   The failure to timely file a § 2241 petition may result in dismissal of this case without prejudice to refiling at a later time.

IT IS ORDERED that Petitioner's Application to Proceed *In Forma Pauperis* (ECF 1) is GRANTED; and Petitioner shall file a 28 U.S.C. § 2241 petition within twenty-one (21) days of entry of this Order.

IT IS FURTHER ORDERED that the Clerk's Office shall update CM/ECF to match the Respondents listed above and mail Petitioner a blank § 2241 form.

MARGARET STRICKLAND
UNITED STATES DISTRICT JUDGE